## MEMORANDUM DECISIONS.

ABLOVICH, Respondent, v. LE REIME et al., Appellants. (Supreme Court, Appellate Term. October 25, 1899.) Action by Louis Ablovich against Louise C. Le Reime and another. From a judgment for plaintiff, defendants appeal. Reversed, and new trial ordered. Charles E. Lovensen, for appellants. Gustavus A. Rogers, for respondent.

PER CURIAM. The record failing to show that the residence of the defendants was within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ADAMS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Joseph Adams, an infant, etc., against the Nassau Electric Railroad Company. No opinion. Motion for reargument denied. See 58 N. Y. Supp. 543.

A. D. FARMER & SON TYPE-FOUNDING CO., Respondent, v. SORGI et al., Appellants. (Supreme Court, Appellate Term. October 25, 1899.) Action by the A. D. Farmer & Son Type-Founding Company against Alphonse S. Sorgi and another. Judgment for plaintiff, and defendants appeal. Reversed, and new trial ordered. John J. Freschi, for appellants. William Stuart, for respondent.

PER CURIAM. Judgment in this case was awarded on the pleadings. These do not show that the defendants, or either of them, resided in the county of New York. The defect is jurisdictional, and requires a reversal. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

ALLEN, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by James N. Allen against James O'Connor and another. No opinion. Judgment and order affirmed, with costs.

AMERICAN BOILER CO., Respondent, v. FONTHAM, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by the American Boiler Company against Charles F. Fontham. C. G. Hardy, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs. See 55 N. Y. Supp. 923.

AMSEL, Respondent, v. STEINWAY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Henry B. Amsel against Charles H. Steinway and others. J. Delahunty, for appellants. G. W. Seligman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ANTISDALE. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) In the matter of the application of J. Frank Antisdale for the revocation and cancellation of the liquor tax certificate of Charles M. Rifenburgh. No opinion. Order affirmed, with $10 costs and disbursements. ADAMS and SMITH, JJ., dissent.

ARMAINDO, Appellant, v. FERGUSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Louisa Armaindo against Robert Ferguson. No opinion. Motion for reargument denied, with $10 costs. Motion to amend the order denied. See 55 N. Y. Supp. 769.

BALDWIN'S BANK OF PENN YAN, Respondent, v. KETCHUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Baldwin's Bank of Penn Yan against Charles H. Ketchum and others. No opinion. Judgment affirmed, with costs.

BARKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Orville M. Barkley against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. ADAMS, J., not voting. See 59 N. Y. Supp. 742.

BARKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Orville M. Barkley against the New York Central & Hudson River Railroad Company. No opinion. Stay of proceedings granted, the sheriff in the meantime to hold his levy until the determination of the appeal in the court of appeals. ADAMS, J., not voting. See 59 N. Y. Supp. 742.

BATES v. HALL et al. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Frederick E. Bates against Luke D. Hall and Wilbur A. Genung. No opinion. Appeal from the judgment rendered on the verdict is dismissed, with $10 costs.

BATES, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division,

Third Department. September 27, 1899.) Action by Frederick E. Bates against Luke D. Hall and Wilbur A. Genung. No opinion. Order and judgment entered April 10, 1899, affirmed, with costs.

BEMENT, Respondent, v. HICKS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Wilbur F. Bement, as receiver, etc., against Edward F. Hicks and another. No opinion. Judgment affirmed, with costs.

BENDER et ux., Respondents, v. TERWILLIGER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Charles H. Bender and Kate M. Bender, his wife, against R. Watson Terwilliger and others. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 885.

BENDER et ux., Respondents, v. TERWILLIGER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Charles H. Bender and Kate M. Bender, his wife, against R. Watson Terwilliger and others. No opinion. Order modified, so as to provide that the bill of particulars shall state the time and place of the birth of said child, and time and place of its death, if dead, and, as so modified, affirmed, without costs to either party. See 59 N. Y. Supp. 885.

BENNETT, Respondent, v. KOVARICK, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Action by James Joseph Bennett against Frank Kovarick. No opinion. Judgment affirmed, with costs, on opinion of MADDOX, J., at special term. 51 N. Y. Supp. 752.

BEYER v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Caroline Beyer against Consolidated Gas Company. No opinion. Motion denied.

BINGHAMTON TRUST CO., Respondent, v. WALES, Appellant. (Supreme Court, Appellate Division, Third Department. September 6, 1899.) Action by the Binghamton Trust Company against Augustus G. Wales, as sheriff. No opinion. Judgment affirmed, with costs.

BINGHAMTON TRUST CO., Respondent, v. WALES, Appellant. (Supreme Court, Appellate Division, Third Department. September 6, 1899.) Action by the Binghamton Trust Company against Augustus G. Wales, as sheriff. No opinion. Order affirmed, with $10 costs and disbursements.

In re BIRDSALL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) In the matter of the estate of Sarah J. Birdsall, deceased. No opinion. Decree of the surrogate's court affirmed, with costs to the respondent, payable out of the fund.

In re BOARD OF EDUCATION. In re SHERIFF ST. (Supreme Court, Appellate Division, First Department. October 13, 1899.) In the matter of the board of education. In the matter of Sheriff street. No opinion. Motion papers must show when award was made.

In re BOARD OF FIRE COM'RS. In re BROOME ST. (Supreme Court, Appellate Division, First Department. November 10, 1899.) In the matter of the board of fire commissioners, etc. In the matter of Broome street. No opinion. Motion denied.

BOPP v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Anna Bopp against the mayor of the city of New York. No opinion. Motion denied.

BOYCE, Respondent, v. TOWN OF SHAWANGUNK, Appellant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by George Boyce against the town of Shawangunk. No opinion. Motion denied. See 58 N. Y. Supp. 26.

BRACCO, Respondent, v. SCHNITZER, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Alfonso Bracco against Hyman Schnitzer. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Nathan, Leventritt & Perham, for appellant. MacElhinny & Martin, for respondent.

PER CURIAM. The record failing to show that the defendant resides within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

BRIDGEWATER v. DEMPSEY et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Theresa F. Bridgewater against James S. Dempsey and another. No opinion. Motion granted, with $10 costs.

BROWN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by James Brown, an infant, by Mary Brown, his guardian ad litem, against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $2,000, and extra allowance proportionately, in which case the judgment, as reduced, is affirmed, without costs of this appeal to either party.

BROWN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by E. Louisa Brown, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to